ROBERT S. LARSEN
Nevada Bar No. 7785
WING YAN WONG
Nevada Bar No. 13622
GORDON & REES LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
Email: rlarsen@gordonrees.com
       wwong@gordonrees.com

*Attorneys for Defendant*
*Auburn and Bradford at Providence*
*Homeowners' Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC | CASE NO.: 2:16-cv-02580-JAD-CWH |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEVADA ASSOCIATION SERVICES, INC. | **(First Request)** |
| Defendant. | |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1. This is the first stipulation for extension of time to allow Auburn and Bradford at Providence Homeowners' Association ("Auburn and Bradford") to respond to the complaint filed by Nationstar Mortgage LLC ("Nationstar") (ECF No. 1).

2. Nationstar filed a complaint against Auburn and Bradford on November 7, 2016.

3. On information and belief, service of process was completed on Auburn and Bradford on January 17, 2017, making its response to the complaint due on February 7, 2017.

-1-

4. Auburn and Bradford has recently retained counsel and now requires additional time to prepare a response to the complaint.

5. Therefore, the parties agree to extend Auburn and Bradford's deadline to respond to the complaint to February 21, 2017.

| | |
|---|---|
| DATED: February 7, 2017 | DATED: February 7, 2017 |
| AKERMAN LLP | GORDON & REES LLP |
| /s/ Rex Garner<br>Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Rex Garner, Esq.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | /s/ Wing Yan Wong<br>Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>Wing Yan Wong, Esq.<br>Nevada Bar No. 13622<br>300 S. Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101 |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for Auburn and Bradford at Providence Homeowners' Association* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 9, 2017