MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br>v.<br><br>AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.;<br><br>Defendants. | Case No.: 2:16-cv-02580-JAD-CWH<br><br>**STIPULATION AND ORDER TO LIFT STAY** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br>v.<br><br>NATIONSTAR MORTGAGE LLC; GEORGE L. ANDERSON, an individual; and ERIK C. JOHANN, an individual,<br><br>Counter/Cross-Defendants. | |

Plaintiff Nationstar Mortgage LLC (**Nationstar**), and defendants Auburn and Bradford at Providence Homeowners' Association (the **HOA**), and SFR Investments Pool 1, LLC (**SFR**) submit the following stipulation to lift the stay imposed by the court on February 27, 2017 [ECF No. 20].

On February 27, 2017, this Court entered an order staying this case pending resolution of *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016) [ECF No. 20].

1

48743057;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Another court in this district also certified a question to the Nevada Supreme Court in *SFR Investments Pool 1, LLC v. The Bank of New York Mellon*, 134 Nev. Ad. Op. 58 (2018). The certified question sought clarification of whether NRS 116 *et seq*, the statutes at issue in this case, incorporated the notice provisions of NRS 107 *et seq.*, prior to the 2015 legislative amendments. The Nevada Supreme Court answered the certified question on August 2, 2018. *See id*.

The Court's order staying the case states once the mandate issues, "any party may move to lift the stay." ECF No. 20. The parties agree that the basis upon which this matter was stayed has been satisfied and seek an order lifting the stay of this case.

Once the Court lifts the stay, the parties will file their proposed discovery plan and scheduling order within twenty-one (21) days after the entry of the order lifting the stay.

The parties agree the stay may be lifted, if it so pleases the Court.

DATED April 30th, 2019.

| | |
|---|---|
| **AKERMAN LLP** | **GORDON REES SCULLY MANSUKHANI** |
| */s/ Donna M. Wittig* | */s/ Wing Yan Wong* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROBERT S. LARSON, ESQ.<br>Nevada Bar No. 7785<br>WING YAN WONG, ESQ.<br>Nevada Bar No. 13622<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101 |
| *Attorneys for Nationstar Mortgage LLC* | *Attorney for Auburn and Bradford at Providence Homeowners' Association* |

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Marin Drive, Suite 110
Las Vegas, Nevada 89134

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES** MAGISTRATE **JUDGE**

**DATED:** May 1, 2019

48743057;1