DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br>vs.<br><br>AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-/Cross- Claimant,<br>vs.<br><br>NATIONSTAR MORTGAGE LLC; GEORGE L. ANDERSON, an individual; and ERIK C. JOHANN, an individual,<br><br>Counter-/Cross- Defendants. | Case No. 2:16-cv-02580-JAD-DJA<br><br>**JUDGMENT BY DEFAULT AGAINST ERIK C. JOHANN AND GEORGE L. ANDERSON**<br><br>ECF No. 64 |

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Application for Judgment by Default against Erik C. Johann and George L. Anderson ("Cross-Defendants"). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On February 27, 2017, SFR filed a Cross-Claim [ECF No. 21] for quiet title and injunctive

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

relief against Cross-Defendants, relating to real property located at **6525 MacDoogle Street, Las Vegas, Nevada 89166; Parcel No. 126-24-411-130** ("the Property").

2. Cross-Defendants failed to answer the cross-claim within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Cross-Defendants on May 29, 2019.

3. Cross-Defendants are not incompetent, infants, or serving in the United States military.

4. SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Cross-Defendants.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendants Erik C. Johann and George L. Anderson, any successors and assigns, have no right, title or interest in the Property.

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

UNITED STATES DISTRICT COURT JUDGE
Dated: 7-13-2020

*Respectfully submitted by:*

**KIM GILBERT EBRON**
 /s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 19th day of December, 2019.

- 2 -