DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>          Defendants.<br>SFR INVESTMENTS POOL 1, LLC,<br><br>          Counter/Cross Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; GEORGE L. ANDERSON, an individual; and ERIK C. JOHANN, an individual,<br><br>          Counter/Cross-Defendants. | Case No. 2:16-cv-02580-JAD-DJA<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY LITIGATION**<br><br><br><br>**ORDER** |

PLEASE TAKE NOTICE that SFR Investments Pool 1, LLC ("SFR") and Nationstar Mortgage, LLC ("Nationstar") have reached a global settlement involving multiple properties, including the Property at issue in this case. The settlement will resolve all claims between SFR and Nationstar.

SFR and Nationstar have agreed to stay the litigation, as doing so will allow SFR and Nationstar to finalize settlement, which has been delayed due to the COVID-19 crisis.

- 1 -

1  Accordingly, SFR and Nationstar (collectively the "Parties") hereby stipulate to vacate the
2  current dispositive motion deadline of July 27, 2020, and to stay further proceedings in this case
3  for ninety (90) days to finalize the settlement.

4  The parties further request the court set a deadline for filing a status report regarding the
5  settlement for ninety (90) from the entry of this Stipulation and Order. The Parties agree that any
6  party may move to lift the stay before the expiration of the ninety days if they determine the
7  circumstances justify doing so. This request to stay is being made in the interest of preserving
8  judicial resources and, as set forth above.

DATED this 27th day of July, 2020.                    DATED this 27th day of July, 2020.

**KIM GILBERT EBRON**                                 **AKERMAN LLP**

*/s/ Chantel M. Schimming*                            */s/ Melanie D. Morgan*
JACQUELINE A. GILBERT, ESQ.                           MELANIE D. MORGAN, ESQ.
Nevada Bar No. 10593                                  Nevada Bar No. 8215
CHANTEL M. SCHIMMING, ESQ.                            DONNA M. WITTIG, ESQ.
Nevada Bar No. 8886                                   Nevada Bar No. 11015
7625 Dean Martin Drive, Suite 110                     1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89139                               Las Vegas, NV 89134
*Attorneys for SFR Investments Pool 1, LLC*           *Attorneys for Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: 7/27/2020

- 2 -