DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
Email: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
Email: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
Email: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 2:16-cv-02580-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND STAY** |
| AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., | ECF No. 81 |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter-/Cross- Claimant, | |
| vs. | |
| NATIONSTAR MORTGAGE LLC; GEORGE L. ANDERSON, an individual; and ERIK C. JOHANN, an individual, | |
| Counter-/Cross- Defendants. | |

Nationstar Mortgage, LLC ("Nationstar") and SFR Investments Pool 1, LLC ("SFR") have reached a settlement that includes multiple properties, including the Property at issue in this case. The settlement will resolve all claims between SFR and Nationstar.

- 1 -

1    Based thereon, the Parties stipulated to stay litigation for ninety (90) days to October 26,
2  2020, to allow the Parties to formalize and finalize the agreement. An order granting the stay was
3  entered on July 27, 2020 [ECF No. 80]. Due to a number of issues, including the COVID-19
4  pandemic, the agreement was not fully executed until recently. The fully executed agreement
5  provides a window of time for SFR to perform a condition precedent.

6    Therefore, the parties hereby stipulate and agree to extend the stay an additional ninety
7  (90) days and set a status check. This will allow additional time for SFR to complete the condition
8  precedent to the now fully-executed settlement.

9    This is the parties' first request to extend the stay and is not meant to cause harm or
10 prejudice to any party.

| DATED this 26th day of October, 2020. | DATED this 26th day of October, 2020. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| /s/ Diana S. Ebron<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Email: diana@kgelegal.com<br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Melanie D. Morgan<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Email: melanie.morgan@akerman.com<br>*Attorneys for Nationstar Mortgage, LLC* |

**ORDER**

Based on the parties' stipulation [81], IT IS HEREBY ORDERED that THE STAY is EXTENDED to January 25, 2021.  Counsel must appear for a status check on January 19, 2021, at 9:30 a.m. in Courtroom 6D of the Lloyd D. George Courthouse before U.S. District Judge Jennifer A. Dorsey, unless a stipulation to dismiss is filed before that date.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 28, 2020
*Nunc pro tunc to 10/26/2020*

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301